THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-085-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | **EX PARTE** MOTION TO |
| | ) | WITHDRAW AND FOR |
| AARON HAUG, | ) | APPOINTMENT OF CJA COUNSEL |
| Defendant. | ) | |

THE COURT has considered the Ex Parte Motion to Withdraw as Counsel and for Appointment of CJA Counsel, the accompanying Declaration of Corey Endo, and the records and files in this case.

IT IS NOW ORDERED that the motion (Dkt. # 22) is GRANTED. Assistant Federal Public Defender Corey Endo is permitted to withdraw as counsel in this matter, and substitute CJA counsel shall be appointed to represent Aaron Haug.

DATED this 15th day of June 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW
AND FOR APPOINTMENT OF CJA COUNSEL
(*United States v. Haug*, CR21-085-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100