Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AARON KWON HAUG,<br><br>　　　　　Defendant. | NO. 2:21-cr-00085-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

　　　　This matter having come before the Court on Defendant's unopposed motion for a continuance of the trial date and the pretrial motions deadline, and the Court having considered the facts set forth in the motion and the records and files herein, finds as follows:

　　　　1.　　The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

　　　　2.　　A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE – 1

3. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial. All these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 25) is GRANTED. The trial date is continued from August 2, 2021, to October 4, 2021. All pretrial motions, including motions in limine, shall be filed no later than August 26, 2021.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of October 4, 2021, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 19th day of July, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge