Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AARON KWON HAUG<br><br>　　　　　Defendant. | Case No. CR21-085RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING DATE |

The Defendant's Agreed Motion to Continue Sentencing Date (Dkt. # 35) is hereby GRANTED. The sentencing date in this matter is continued to January 21, 2022, at 10:00 a.m., in Courtroom 13106.

DATED this 8th day of September, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1

gordon & saunders
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.340.6034/ Fax. 206.267.0349