Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AARON KWON HAUG,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00085-RAJ<br><br>ORDER GRANTING SECOND AGREED MOTION TO CONTINUE SENTENCING DATE |

　　　　The Defendant's Second Agreed Motion to Continue Sentencing Date (Dkt. # 38) is hereby GRANTED.  The sentencing date in this matter is continued to July 29, 2022, at 10:00 a.m., in Courtroom 13106.

　　　　DATED this 18th day of March, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1