The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AARON KWON HAUG, Defendant. | NO. CR21-00085RAJ<br><br>ORDER TO SEAL DOCUMENT |

Having considered the Government's Motion to Seal and because of the sensitive information contained in the Government's Sentencing Memorandum,

It is hereby ORDERED that the motion (Dkt. 47) is GRANTED. The Government's Sentencing Memorandum shall remain sealed.

DATED this 25th day of August, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER SEALING SENTENCING MEMORANDUM - 1
*United States v. Haug*/CR21-00085-RAJ

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800