Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE UNITED STATES OF AMERICA,

　　Plaintiff,

　　v.

AARON KWON HAUG

　　Defendant.

Case No. 2:21-cr-00085-RAJ

ORDER ON MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM

　　This Court, having reviewed the defendant's Motion to Seal and the Defense Sentencing Memorandum, finds there are compelling reasons to file the document under seal. The memorandum contains references to protected information and cannot be redacted.

　　Therefore, the Motion (Dkt. 49) is **GRANTED** and the Defense Sentencing Memorandum is accepted under seal.

　　DATED this 25th day of August, 2023.

_____
Hon. Richard A. Jones
U.S. District Court Judge

Presented by:

s/ Kimberly Gordon
KIMBERLY GORDON
Attorney for Defendant