Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00085-RAJ |
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| AARON KWON HAUG, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Aaron Kwon Haug's Motion for Early Termination of Supervised Release.  Dkt. 57.  Having considered the motion, the opposition filed by United States Probation, and the files and pleadings herein,

IT IS ORDERED that Defendant Aaron Kwon Haug's Motion for Early Termination of Supervised Release is **DENIED**.

DATED this 10th day of June, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1